UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Zakii Tawwab Wahiid,

        Plaintiff,

Case No. 15-cv-622 ADM/FLN

v.                                   ORDER

Dr. E. Wakeman et al,

        Defendant.

_____

Based upon the Findings of Fact, Conclusions of Law, and Recommendation by United States Magistrate Judge Franklin L. Noel dated November 24, 2015, all the files and records, and no objections having been filed to said Report and Recommendation,

**IT IS HEREBY ORDERED** that

1. Defendants' motion to dismiss (ECF No. 24) is **DENIED without prejudice**;

2. Plaintiff's motion for reconsideration to defendants' motion to dismiss (ECF No. 33) is **DENIED without prejudice**; and

3. This case is **STAYED** until the issues that arise under Rule 25(a) are resolved.

DATED: December 14, 2015        s/Ann D. Montgomery
        ANN D. MONTGOMERY
        United States District Court Judge